# Smoke Testing Report

**Date of Report: 6/13/2022**
**Client: Geoffrey Hart**
**Address: 122 Vista Ln, Louisville, CO 80027**
**Phone: 303-910-8846**
**Email:** geoffrey.s.hart@gmail.com

**Date of Inspection: 4/27/2022**

1. **Scope of Work:**
    a. **Jeanine Humphrey of Certified IAQ Professionals was asked to perform toxicity testing and visual inspections for fire & smoke damage at 122 Vista Ln, Louisville, CO 80027, caused by the Marshall Fire on 12/30/21. Toxicity Testing and inspections were performed also to determine the level of remediation necessary to return the home to its pre-fire condition.**

    b. **The home was impacted significantly by smoke damage caused by the Marshall Fire on December 30, 2021 affecting the Superior and Louisville area. In addition to the home's close proximity to fire, the home was also downwind of many destroyed homes, causing the home to be fully engulfed for hours. There was visual evidence of significant intrusion of combustion materials into the residence and upon the contents within the home.**

    c. **Testing was conducted for Heavy Metals, VOC and Dioxins (TCDD). This report summarizes Certified IAQ Professionals testing results, visual inspections and remediation recommendations prior to clients reoccupying the home.**
        i. **Heavy Metal testing was conducted on the walls in the home to determine if heavy metal levels were above ambient thresholds and to inform the breadth and scope of remediation.**
        ii. **Dioxin (TCDD) testing was conducted throughout the home to determine if carpets, soft furnishings and other soft goods were salvageable and to inform the breadth and scope of remediation.**
        iii. **VOC testing was conducted on each floor of the home to determine if toxigenic chemicals were present in the home to inform scope of remediation.**

2. The presence of Soot/Char/Ash within the home and upon contents as a result of the Marshall Fire was already known. The toxins that are contained within the Soot/Char/Ash, as well as the smoke, produced from the Urban Fire will off gas, which raises concerns as to their presence in the home, on surfaces and on contents. Many professionals are improperly applying a Wildfire model to the Marshall Fire remediation. The Marshall Fire was not a wildfire, it is an Urban Fire. The amount of toxins burned and left behind in an Urban Fire can have long term effects and cannot always be easily removed. There were large amounts of Soot/Char/Ash present in the home. Additionally, the home was in a bowl of large amounts of Urban Fire smoke for hours allowing toxins to enter the home and attach. As such, testing for toxins known to be produced in an Urban Fire is paramount in obtaining the information necessary to appropriately determine extent, completeness and effectiveness of remediation techniques for of an Urban Fire.

3. Visual Inspection Summary:
   a. Client's property is located central to the burn area with multiple homes directly across the street declared a total loss as a result of the urban fire. (Appendix A.1)
   b. Client's yard and landscaping had burn marks, the wind damaged plants/trees, soot/char/ash and other fire-related debris from adjacent total loss properties covered the home and property.
   c. Strong smoke smell was evident immediately upon entering home.
   d. All of the windows and doors had soot/char/ash in and around the frames and several showed signs of structural damage to the frames and seals. (Appendix A.2)
   e. Observable soot/char/ash in all windowsills, window tracks, doors and door tracks throughout the home. Observation indicates that soot/char/ash continues to make its way into the home.
   f. Clients' windows in dining room and kitchen had been broken allowing large amounts of smoke infiltration to make its way into the home. (Appendix A.3)
   g. Upstairs ceiling lights show signs of "popping" as a result of overpressure from smoke infiltration in the attic. (Appendix A.4)
   h. Located on the back of the home is roof venting which allowed home to be engulfed in smoke for hours.
   i. Excavation of nearby destroyed homes was observed in-progress. There was no evidence of the debris being properly wetted during excavation.

4. Test Results (See Appendix B for full reports):

a. Heavy Metal

| Analyte | Detected Concentration (mg/kg) HM1- Walls | Reporting Limit (mg/kg) |
|---|---|---|
| Silver | <0.500 | 0.500 |
| Arsenic | <1.00 | 1.00 |
| Cadmium | <0.200 | 0.200 |
| Cobalt | 0.970 | 0.200 |
| Chromium | 4.18 | 0.500 |
| Copper | 8.89 | 2.50 |
| Nickel | 3.913 | 0.5000 |
| Lead | 2.84 | 0.500 |
| Vanadium | 3.47 | 0.500 |
| Zinc | 71.4 | 0.500 |

The heavy metals exposure to zinc oxide which can cause “metal fume fever” and as such as lead (which is hazardous and there are no acceptable limits) must be encapsulated on walls, ceilings and exposed flooring.

b. VOC

The following VOCs found in the home and were within standard ranges and found in cleaning agents. Toluene is typically found from Combustion sources and was most likely caused by the fire. Analysis has been converted from PPB to PPM to ensure PEL limits are within OSHA/NIOSH guidelines.

| Chemical | Exposure- Whole Home (PPM) | PEL Limit- OSHA/NIOSH |
|---|---|---|
| Ethyl Alcohol | 0.40501 | 1,000 PPM |
| Acetone | 0.02786 | 1,000 PPM |
| Isopropyl Alcohol | 0.20861 | 400 PPM |
| Toluene | 0.00547 | 200 PPM |

c. Dioxins (TCDD)

For toxigenic quantities refer to the TEQ chart in the lab report for Dioxins in appendix B. The TEQ chart provides a range from the lowest to highest values that can be used to approximate the risk of long-term health problems. Typically, the TEQ values are around 1 and the higher it goes the greater the risk of long-term health problems.

The EPA has set a threshold for safe dioxin exposure at a toxicity equivalence (TEQ) of 0.7 picograms per kilogram of body weight per day.

| Analyte | Pg/g |
|---|---|
| Total tetrachlorodibenzo-p-dioxins | 8.01 |
| Total pentaclorodibenzo-p-dioxins | 1.24 |
| Total hexachlorodibenzo-p-dioxins | 5.63 |
| Total heptachlorodibenzo-p-dioxins | 12.4 |
| Total octochlorodibenzo-p-dioxins | 55.4 |
| Total tetrachlorodibenzofurans | 6.17 |
| Total pentachlorodebenzofurans | ND |
| Total hexachlorodibenzofurans | 2.2 |
| Total heptachlorodibenzofurans | 4.32 |
| Total octochlorodibenzofurans | 5.3 |

5. **Dioxin (TCDD) Background:**
    a. Dioxins are a group of chemically-related compounds that are classified as persistent environmental pollutants (POPs). Dioxins are highly toxic and can cause reproductive and developmental problems, damage the immune system, interfere with hormones and cause cancer.[1]
    b. Persistent environmental pollutants (POPs) are chemicals that are highly toxic to humans and wildlife (harmfulness); they can last for many years in the environment before degrading into less dangerous forms (persistence).
    c. Dioxins are formed when products containing carbon and chlorine burn, especially plastic, paper, pesticides, herbicides or other products where chlorine is used in the manufacturing process. Dioxins do not typically exist in materials before they are burned. They are inadvertently produced by paper and pulp bleaching, as well as by incineration of municipal wastes. They are also especially prevalent in structure fires and wildfires. [2, 11]
    d. TCDD is an endocrine-disrupting chemical that can threaten the development of newborns. The endocrine system is a series of glands that produce and secrete hormones that the body uses for a wide range of functions, including respiration, metabolism, sensory perception, sexual development, and growth. [3, 11]
    e. The U.S. National Toxicology Program, the International Agency for Research on Cancer of the World Health Organization, and the EPA have determined that TCDD is a proven human carcinogen. [4, 5, 6, 7, 11]
    f. In July 2009, the U.S. Institute of Medicine published a report that showed evidence of an association between exposure to TCDD and soft-tissue sarcoma, non-Hodgkin's lymphoma, chronic lymphocytic leukemia, Hodgkin's disease, prostate cancer, multiple myeloma, as well as cancers of the larynx, lungs, bronchi, and trachea. [8, 11]
    g. The International Joint Commission, comprised of the United States and Canadian governments, has publicly stated that zero exposure to dioxin is the only safe level. There is no permissible exposure limit set by the National Institute for Occupational Safety and Health (NIOSH) [9, 11]
    h. The half-life of TCDD on the soil surface is estimated to be 9–15 years, while the half-life in subsurface soil may range from 25 to 100 years [10]
    i. There are no scientifically proven methods to clean textiles contaminated with TCDD. In fact, the only known way to destroy TCDD is by incinerating it at temperatures over 1,500 °F. TCDD is not water soluble, nor does it decompose when exposed to ozone or hydroxyl in the atmosphere. [11]

6. **Conclusion and Remediation Recommendations:**
   a. Dioxins are highly toxic and carcinogenic; there is no safe level of permissible exposure. Exposed textiles and soft goods cannot be remediated and must be declared unsalvageable and removed from the home.
   b. Based on the proximity of the home to other total losses, laboratory results, visual and olfactory observations and the EPA Recommendation that there is no safe level of dioxin exposure, the following are recommended:
      i. Full remediation of the home (see "Recommended Remediation Activities" section)
      ii. Inspection of electronics by electronics professional to determine extent of damage and proper remediation.
      iii. Inspection of all windows and doors by professionals to determine the extent of damage and proper remediation.
      iv. Inspection of the exterior of the home to determine the extent of the damage and proper remediation.
      v. Inspection of the exterior landscaping and testing of the soil to determine toxicity and proper remediation.
      vi. Removal and replacement of all exposed insulation in the attic and crawlspace throughout the home.
      vii. Due to soffit venting on exterior of home partial removal and replacement of drywall and insulation where attic access is not accessible is recommended along with encapsulation.
      viii. Encapsulation of all exposed wooden surfaces in the attic, garage, and any exposed subfloor material.
      ix. Due to smoke infiltration encapsulation using and repainting of all painted surfaces to include ceiling and wall materials in home to ensure any post-cleaning toxigenic chemical remaining is appropriately sealed.
      x. Disposal of all fibrous/soft goods in the home; carpet & pad, upholstered furniture, mattresses, pillows, clothing (TBD through testing), etc. Remediation experts to document and determine items above and beyond those detailed.
      xi. Disposal of all plastics used in food preparation, storage or consumption in the home.
      xii. Due to smoke infiltration through broken windows in kitchen disposal of all kitchen appliances (coffee machine, toaster, crockpot, etc.)
      xiii. Disposal of all food, spices and beverages in the home.
      xiv. Due to toxigenic chemicals produced from the fire that could have potentially compromised its integrity and safety, disposal outdoor grill is recommended.
      xv. PRV (Post Remediation Verification) testing once remediation is complete; to include concentration level air/wipe/tape lift sampling throughout home (10 samples) and 1 Heavy Metal Wipe to ensure no elevated Heavy Metal Levels are left behind.

Recommended Remediation Activities:

Based on observations, in conjunction with the laboratory results, we recommend that residence areas impacted by visible or olfactory accumulations of smoke residue and soot/char/ash (i.e., the entire residence) be thoroughly cleaned, in part following Federal Emergency Management Agency (FEMA) recommendations and the Institute of Inspection Cleaning and Restoration Certification (IICRC) Fire and Smoke Restoration Cleaning Tips, as detailed below:

1) During remediation/cleaning activities, workers should utilize a minimum of P100 masks and disposable clothing protection, including gloves, when cleaning impacted surfaces and contents. Based on the extent of observed contamination, and the medical sensitivities of the occupants, the homeowners should stay out of the home until the remediation work has been successfully completed.

2) If structural integrity damage is suspected, the residence should be assessed by a structural engineer. All windows, floor coverings, and other building materials that have been damaged should be assessed by a qualified contractor.

3) If home or auto exteriors contain aerial fire retardant or firefighting foam residue, use a mild detergent and brushes to scrub and dilute the dried residue and flush it from the surfaces, then rinse with clean water. Conduct a follow-up cleaning if needed to completely remove the residue.

4) On the interior of the home, negative pressure should be established in the work areas through the use of HEPA-filtered negative air machine(s) vented from the impacted areas to the exterior of the residence.

5) Remove the burned materials and smoke residue from the visibly impacted areas in the interior and exterior of the home. In the subject residence, it is expected attic and basement insulation along rim joists removal will be required.

6) Vacuum floors and all semi-porous and porous surfaces with a HEPA-filtered vacuum, beginning with a prompt HEPA vacuuming of the attic followed by encapsulation with Recon. Follow vacuuming with cleaning of non-porous surfaces, using a detergent wash to wipe clean or wet mop hard surfaces throughout the residence from top to bottom. Extreme care should be taken to not damage high value finishings, artwork, and other contents. Start with the ceilings and walls and work your way down to the fixtures and cabinetry, then to the floor.

7) Certified IAQ recommends that the furnace and ducts in the home be cleaned by a qualified duct cleaning professional in conformance with NADCA and other applicable industry standards.

**8) During and following completion of cleaning activities in the home, Certified IAQ recommends temporary placement of HEPA-filtered air scrubbers and an activated carbon/charcoal filtration system in the work areas.**

**9) Certified IAQ then recommends a final finesse-cleaning throughout the home, including cleaning of the home's supply diffusers and return air grilles.**

**10) Certified IAQ recommends the use of Standard 52.5 Minimum Efficiency Reporting Value (MERV) rated 9-13 furnace air filters, to be changed during the remediation activities, at the completion of remediation activities, and at least once a month for the first year. Ash/soot on the outdoor ground may continue to generate odors and airborne particles when disturbed by air movement. Until the ash and soot are naturally absorbed by the environment, indoor air filtration may help minimize indoor air quality impacts from the outdoor pollutants.**

**11) If hydroxyl generators or thermal fogging machines are used to combat persistent odors, they should be utilized only after the above cleaning steps have been completed.**

**12) A post-remediation visual inspection and sampling assessment should be conducted to verify the effectiveness of the remediation activities.**

It is important to note, due to regular environmental dust accumulation, the concentrations of the combustion by-products and Char present in a certain area will diminish with time.

**Jeanine Humphrey**

**ACAC 2202009**

## References:

[1] World Health Organization – Dioxins and their effects on human health; https://www.who.int/news-room/fact-sheets/detail/dioxins-and-their-effects-on-human-health

[2] National Toxicology Program, Department of Health and Human Services – Report on Carcinogens, Fourteenth Edition – 2,3,7,8-Tetrachlorodibenzo-p-dioxin CAS No. 1746-01-6; https://ntp.niehs.nih.gov/ntp/roc/content/profiles/tetrachlorodibenzodioxin.pdf

[3] U.S. National Library of Medicine – National Institutes of Health; https://pubmed.ncbi.nlm.nih.gov/20083559/

[4] International Agency for Research on Cancer (IARC) of the World Health Organizations, United Nations, 1997. National Toxicology Program Board of Scientific Counselors of the National Institute of Environmental Health Sciences, 1997.

[5] United States General Accounting Office – Report to Congressional Requesters – April 2002 Environmental Health Risks Information on EPA's Draft Reassessment of Dioxins (page 30); https://www.gao.gov/new.items/d02515.pdf

[6] New Jersey Department of Health and Senior Services – Hazardous Substance Fact Sheet – 2,3,7,8-tetrachlorodibenzo-p-dioxin; https://nj.gov/health/eoh/rtkweb/documents/fs/1806.pdf

[7] Health Risks From Dioxin and Related Compounds – National Research Council. 2006. Health Risks from Dioxin and Related Compounds: Evaluation of the EPA Reassessment. Washington, DC: The National Academies Press; https://nap.nationalacademies.org/catalog/11688/health-risks-from-dioxin-and-related-compounds-evaluation-of-the

[8] The Aspen Institute; https://www.aspeninstitute.org/programs/agent-orange-in-vietnam-program/health-effects/

[9] U.S. National Library of Medicine – National Center for Biotechnology Information – 2,3,7,8-tetrachlorodibenzo-p-dioxin; https://pubchem.ncbi.nlm.nih.gov/compound/2_3_7_8-Tetrachlorodibenzo-P-dioxin#section=Recommended-Exposure-Limit-(REL)

[10] Toxicological Sciences, Volume 85, Issue 1, May 2005, Pages 560–571; https://academic.oup.com/toxsci/article/85/1/560/1674388

[11] The Red Guide to Recovery - Dioxins – The Most Hazardous Substance in Structure Fire Environments; https://theredguidetorecovery.com/dioxins-the-most-hazardous-substance-in-structure-fire-environments/

**Disclaimer:**

Please note that these results and interpretations are based upon the information gathered during this inspection. Changes in the conditions present at the time of testing including previous weather patterns, activities in the home, maintenance activities and the environmental atmosphere may result in data different from that which was collected.

There are no regulations pertaining to acceptable levels of char, soot, or ash contamination.
Diagnosis of a particular health effect should be left to a medical professional. Health effects in general are not well studied, and dosage, exposure, and sensitivity thresholds are not well known and can potentially vary tremendously depending on various conditions and on the particular individuals. Additionally, many ill effects of fire damage that have been observed recently are the result of modern building design and its lack of adequate ventilation, which can vary from room to room, let alone building to building.

Due to the potential for rapid change of smoke related substances, the inspector and the inspection company cannot be held responsible for a change occurring after the inspection is performed. It must be pointed out that the interpretation of smoke sampling is somewhat ambiguous because there is no legal standard that sets specific limits for indoor concentrations of char, soot, and ash. Excluded from this smoke inspection is any portion of the building, which is, inaccessible, concealed from view, or cannot be reported on due to circumstances beyond the control of the inspector.

It is generally acknowledged that the level of char, soot, or ash particulates in or on any structure will determine the extent of the hazard arising from such.

It is understood and agreed that the inspection is visual, and the report reflects the opinions of the inspector based on those visual observations and laboratory testing of the samples requested at the time of the inspection only. It is understood and agreed that the inspection and report are not intended or considered as a guarantee or warranty, expressed or implied, regarding the adequacy, performance or condition of any inspected structure, item or system.

It is understood and agreed that Certified IAQ Professionals does not make any representation as to the advisability or inadvisability of the purchase, nor intend to reflect the value of the property.

Certified IAQ assumes no liability and shall not be liable for any mistakes, omission, or errors of judgment beyond the cost of this report. This limitation of liability shall include and apply to all consequential damages, bodily injury, and property damage of any nature.