**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02554 -WJM-SKC

JENNIFER DAWN HART AND GEOFFREY SABASTIAN HART

Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY

Defendant.

---

**DEFENDANT'S REQUEST FOR INSPECTION PURSUANT TO FED. R. CIV. P. 34**

---

Defendant State Farm Fire and Casualty Company ("State Farm"), by and through its attorneys, Karen H. Wheeler, Jami A. Maul, and Sean T. Carlson of Wheeler Law, Professional Corporation, pursuant to Fed. R. Civ. P. 34(a)(2), hereby requests that Plaintiffs Jennifer Dawn Hart and Geoffrey Sebastian Hart permit entry onto their property located at 122 Vista Lane, Louisville, CO, including the interior and exterior of the house located thereupon and the yard.

State Farm requests that Plaintiffs permit inspection of the following areas by professional industrial hygienists and scientists retained by State Farm: (1) the interior wall cavities of the house; (2) the topsoil in the yard surrounding the house; (3) surfaces within the house; (4) the attic; (5) flooring; and (6) the exterior of the house.

The inspection will be for the purpose of testing to detect the presence of damage or contamination resulting from smoke, ash, soot, char, and other fire effluents that may be related to the Marshall wildfire. The testing may involve some amount of destructive or intrusive testing, but any such testing required will be minimized to the greatest extent possible and will be limited to intrusion necessary to access components of the home that cannot otherwise be tested, such as the

wall cavity. Where possible, inspection of the wall cavities will be performed by removing existing covers that can easily be re-attached, such as outlet covers.

The inspection will be completed in one business day, beginning at 9:00 a.m., and will take place on a date to be agreed upon between the parties, with counsel present.

DATED March 31, 2023.

Respectfully submitted,

s/ *Karen H. Wheeler*

Karen H. Wheeler
Wheeler Law, P.C.
5690 DTC Boulevard, Suite 240E
Greenwood Village, Colorado 80111
Telephone: (303) 221-4787
Office@wheeler5280.com

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02554 -WJM-SKC

JENNIFER DAWN HART AND GEOFFREY SABASTIAN HART

Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY

Defendant.

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on March 31, 2023, I electronically filed the foregoing **DEFENDANT'S REQUEST FOR INSPECTION PURSUANT TO FED. R. CIV. P. 34** served by e-mail to the following:

Hennessy PLLC
Stephen H. Hennessy, Esq.
4450 Arapahoe Ave., Ste. 100
Boulder, CO 80303
Phone: (303) 630-9169
Email: shennessy@hennessypllc.com

Attorney for Plaintiffs

s/ *Karen H. Wheeler*
Karen H. Wheeler