IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02554-WJM-SKC

JENNIFER DAWN HART and GEOFFREY SEBASTIAN HART,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

---

## DECLARATION OF GEOFFREY SEBASTIAN HART

---

Geoffrey Sebastian Hart makes this Declaration pursuant to 28 U.S.C. § 1746.

1. I am Geoffrey Sebastian Hart.

2. Since the Marshall Fire, State Farm has inspected our Home nine times:

| | |
|---|---|
| January 13, 2022: | Truong Nguyen, State Farm Adjuster |
| January 27, 2022: | Jordan McCallister, State Farm Adjuster |
| March 2, 2022: | Marcus Bush, State Farm Adjuster |
| March 16, 2022: | Marcus Bush, State Farm Adjuster |
| March 30, 2022: | Kevin Vanderbrook, State Farm Engineer |
| July 13, 2022: | Jason Mossman, State Farm Industrial Hygienist |
| August 9, 2022: | Taylor Main, State Farm Adjuster |
| November 8, 2022: | State Farm's Counsel, Client Representative, Expert |
| April 6, 2023: | State Farm's Rebuttal Expert |

3. In March 2022, we asked State Farm Adjuster Marcus Bush whether State Farm would conduct testing on our Home. We could see ash, soot, and char everywhere. We wanted to know the extent of the damage, and what needed to be done to restore our Home to the way it was (safe) before the Fire.

4. Marcus was non-committal and alluded to the fact that State Farm would not pay for testing on our Home.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 8 April 2023.

Geoffrey Sebastian Hart