# Smoke Testing Report

**Date of Report: 6/13/2022**
**Client: Geoffrey Hart**
**Address: 122 Vista Ln, Louisville, CO 80027**
**Phone: 303-910-8846**
**Email:** geoffrey.s.hart@gmail.com

**Date of Inspection: 4/27/2022**

1. **Scope of Work:**
    a. **Jeanine Humphrey of Certified IAQ Professionals was asked to perform toxicity testing and visual inspections for fire & smoke damage at 122 Vista Ln, Louisville, CO 80027, caused by the Marshall Fire on 12/30/21. Toxicity Testing and inspections were performed also to determine the level of remediation necessary to return the home to its pre-fire condition.**

    b. **The home was impacted significantly by smoke damage caused by the Marshall Fire on December 30, 2021 affecting the Superior and Louisville area. In addition to the home's close proximity to fire, the home was also downwind of many destroyed homes, causing the home to be fully engulfed for hours. There was visual evidence of significant intrusion of combustion materials into the residence and upon the contents within the home.**

    c. **Testing was conducted for Heavy Metals, VOC and Dioxins (TCDD). This report summarizes Certified IAQ Professionals testing results, visual inspections and remediation recommendations prior to clients reoccupying the home.**
        i. **Heavy Metal testing was conducted on the walls in the home to determine if heavy metal levels were above ambient thresholds and to inform the breadth and scope of remediation.**
        ii. **Dioxin (TCDD) testing was conducted throughout the home to determine if carpets, soft furnishings and other soft goods were salvageable and to inform the breadth and scope of remediation.**
        iii. **VOC testing was conducted on each floor of the home to determine if toxigenic chemicals were present in the home to inform scope of remediation.**

2. The presence of Soot/Char/Ash within the home and upon contents as a result of the Marshall Fire was already known. The toxins that are contained within the Soot/Char/Ash, as well as the smoke, produced from the Urban Fire will off gas, which raises concerns as to their presence in the home, on surfaces and on contents. Many professionals are improperly applying a Wildfire model to the Marshall Fire remediation. The Marshall Fire was not a wildfire, it is an Urban Fire. The amount of toxins burned and left behind in an Urban Fire can have long term effects and cannot always be easily removed. There were large amounts of Soot/Char/Ash present in the home. Additionally, the home was in a bowl of large amounts of Urban Fire smoke for hours allowing toxins to enter the home and attach. As such, testing for toxins known to be produced in an Urban Fire is paramount in obtaining the information necessary to appropriately determine extent, completeness and effectiveness of remediation techniques for of an Urban Fire.

3. Visual Inspection Summary:
    a. Client's property is located central to the burn area with multiple homes directly across the street declared a total loss as a result of the urban fire. (Appendix A.1)
    b. Client's yard and landscaping had burn marks, the wind damaged plants/trees, soot/char/ash and other fire-related debris from adjacent total loss properties covered the home and property.
    c. Strong smoke smell was evident immediately upon entering home.
    d. All of the windows and doors had soot/char/ash in and around the frames and several showed signs of structural damage to the frames and seals. (Appendix A.2)
    e. Observable soot/char/ash in all windowsills, window tracks, doors and door tracks throughout the home. Observation indicates that soot/char/ash continues to make its way into the home.
    f. Clients' windows in dining room and kitchen had been broken allowing large amounts of smoke infiltration to make its way into the home. (Appendix A.3)
    g. Upstairs ceiling lights show signs of "popping" as a result of overpressure from smoke infiltration in the attic. (Appendix A.4)
    h. Located on the back of the home is roof venting which allowed home to be engulfed in smoke for hours.
    i. Excavation of nearby destroyed homes was observed in-progress. There was no evidence of the debris being properly wetted during excavation.

4. Test Results (See Appendix B for full reports):

a. Heavy Metal

| Analyte | Detected Concentration (mg/kg) HM1- Walls | Reporting Limit (mg/kg) |
|---|---|---|
| Silver | <0.500 | 0.500 |
| Arsenic | <1.00 | 1.00 |
| Cadmium | <0.200 | 0.200 |
| Cobalt | 0.970 | 0.200 |
| Chromium | 4.18 | 0.500 |
| Copper | 8.89 | 2.50 |
| Nickel | 3.913 | 0.5000 |
| Lead | 2.84 | 0.500 |
| Vanadium | 3.47 | 0.500 |
| Zinc | 71.4 | 0.500 |

The heavy metals exposure to zinc oxide which can cause "metal fume fever" and as such as lead (which is hazardous and there are no acceptable limits) must be encapsulated on walls, ceilings and exposed flooring.

b. VOC

The following VOCs found in the home and were within standard ranges and found in cleaning agents. Toluene is typically found from Combustion sources and was most likely caused by the fire. Analysis has been converted from PPB to PPM to ensure PEL limits are within OSHA/NIOSH guidelines.

| Chemical | Exposure- Whole Home (PPM) | PEL Limit- OSHA/NIOSH |
|---|---|---|
| Ethyl Alcohol | 0.40501 | 1,000 PPM |
| Acetone | 0.02786 | 1,000 PPM |
| Isopropyl Alcohol | 0.20861 | 400 PPM |
| Toluene | 0.00547 | 200 PPM |

c. Dioxins (TCDD)

For toxigenic quantities refer to the TEQ chart in the lab report for Dioxins in appendix B. The TEQ chart provides a range from the lowest to highest values that can be used to approximate the risk of long-term health problems. Typically, the TEQ values are around 1 and the higher it goes the greater the risk of long-term health problems.

The EPA has set a threshold for safe dioxin exposure at a toxicity equivalence (TEQ) of 0.7 picograms per kilogram of body weight per day.

| Analyte | Pg/g |
|---|---|
| Total tetrachlorodibenzo-p-dioxins | 8.01 |
| Total pentaclorodibenzo-p-dioxins | 1.24 |
| Total hexachlorodibenzo-p-dioxins | 5.63 |
| Total heptachlorodibenzo-p-dioxins | 12.4 |
| Total octochlorodibenzo-p-dioxins | 55.4 |
| Total tetrachlorodibenzofurans | 6.17 |
| Total pentachlorodebenzofurans | ND |
| Total hexachlorodibenzofurans | 2.2 |
| Total heptachlorodibenzofurans | 4.32 |
| Total octochlorodibenzofurans | 5.3 |

5. **Dioxin (TCDD) Background:**
    a. Dioxins are a group of chemically-related compounds that are classified as persistent environmental pollutants (POPs). Dioxins are highly toxic and can cause reproductive and developmental problems, damage the immune system, interfere with hormones and cause cancer.[1]
    b. Persistent environmental pollutants (POPs) are chemicals that are highly toxic to humans and wildlife (harmfulness); they can last for many years in the environment before degrading into less dangerous forms (persistence).
    c. Dioxins are formed when products containing carbon and chlorine burn, especially plastic, paper, pesticides, herbicides or other products where chlorine is used in the manufacturing process. Dioxins do not typically exist in materials before they are burned. They are inadvertently produced by paper and pulp bleaching, as well as by incineration of municipal wastes. They are also especially prevalent in structure fires and wildfires. [2, 11]
    d. TCDD is an endocrine-disrupting chemical that can threaten the development of newborns. The endocrine system is a series of glands that produce and secrete hormones that the body uses for a wide range of functions, including respiration, metabolism, sensory perception, sexual development, and growth. [3, 11]
    e. The U.S. National Toxicology Program, the International Agency for Research on Cancer of the World Health Organization, and the EPA have determined that TCDD is a proven human carcinogen. [4, 5, 6, 7, 11]
    f. In July 2009, the U.S. Institute of Medicine published a report that showed evidence of an association between exposure to TCDD and soft-tissue sarcoma, non-Hodgkin's lymphoma, chronic lymphocytic leukemia, Hodgkin's disease, prostate cancer, multiple myeloma, as well as cancers of the larynx, lungs, bronchi, and trachea. [8, 11]
    g. The International Joint Commission, comprised of the United States and Canadian governments, has publicly stated that zero exposure to dioxin is the only safe level. There is no permissible exposure limit set by the National Institute for Occupational Safety and Health (NIOSH) [9, 11]
    h. The half-life of TCDD on the soil surface is estimated to be 9–15 years, while the half-life in subsurface soil may range from 25 to 100 years [10]
    i. There are no scientifically proven methods to clean textiles contaminated with TCDD. In fact, the only known way to destroy TCDD is by incinerating it at temperatures over 1,500 °F. TCDD is not water soluble, nor does it decompose when exposed to ozone or hydroxyl in the atmosphere. [11]

6. **Conclusion and Remediation Recommendations:**
   a. Dioxins are highly toxic and carcinogenic; there is no safe level of permissible exposure. Exposed textiles and soft goods cannot be remediated and must be declared unsalvageable and removed from the home.
   b. Based on the proximity of the home to other total losses, laboratory results, visual and olfactory observations and the EPA Recommendation that there is no safe level of dioxin exposure, the following are recommended:
      i. Full remediation of the home (see "Recommended Remediation Activities" section)
      ii. Inspection of electronics by electronics professional to determine extent of damage and proper remediation.
      iii. Inspection of all windows and doors by professionals to determine the extent of damage and proper remediation.
      iv. Inspection of the exterior of the home to determine the extent of the damage and proper remediation.
      v. Inspection of the exterior landscaping and testing of the soil to determine toxicity and proper remediation.
      vi. Removal and replacement of all exposed insulation in the attic and crawlspace throughout the home.
      vii. Due to soffit venting on exterior of home partial removal and replacement of drywall and insulation where attic access is not accessible is recommended along with encapsulation.
      viii. Encapsulation of all exposed wooden surfaces in the attic, garage, and any exposed subfloor material.
      ix. Due to smoke infiltration encapsulation using and repainting of all painted surfaces to include ceiling and wall materials in home to ensure any post-cleaning toxigenic chemical remaining is appropriately sealed.
      x. Disposal of all fibrous/soft goods in the home; carpet & pad, upholstered furniture, mattresses, pillows, clothing (TBD through testing), etc. Remediation experts to document and determine items above and beyond those detailed.
      xi. Disposal of all plastics used in food preparation, storage or consumption in the home.
      xii. Due to smoke infiltration through broken windows in kitchen disposal of all kitchen appliances (coffee machine, toaster, crockpot, etc.)
      xiii. Disposal of all food, spices and beverages in the home.
      xiv. Due to toxigenic chemicals produced from the fire that could have potentially compromised its integrity and safety, disposal outdoor grill is recommended.
      xv. PRV (Post Remediation Verification) testing once remediation is complete; to include concentration level air/wipe/tape lift sampling throughout home (10 samples) and 1 Heavy Metal Wipe to ensure no elevated Heavy Metal Levels are left behind.

Recommended Remediation Activities:

Based on observations, in conjunction with the laboratory results, we recommend that residence areas impacted by visible or olfactory accumulations of smoke residue and soot/char/ash (i.e., the entire residence) be thoroughly cleaned, in part following Federal Emergency Management Agency (FEMA) recommendations and the Institute of Inspection Cleaning and Restoration Certification (IICRC) Fire and Smoke Restoration Cleaning Tips, as detailed below:

1) During remediation/cleaning activities, workers should utilize a minimum of P100 masks and disposable clothing protection, including gloves, when cleaning impacted surfaces and contents. Based on the extent of observed contamination, and the medical sensitivities of the occupants, the homeowners should stay out of the home until the remediation work has been successfully completed.

2) If structural integrity damage is suspected, the residence should be assessed by a structural engineer. All windows, floor coverings, and other building materials that have been damaged should be assessed by a qualified contractor.

3) If home or auto exteriors contain aerial fire retardant or firefighting foam residue, use a mild detergent and brushes to scrub and dilute the dried residue and flush it from the surfaces, then rinse with clean water. Conduct a follow-up cleaning if needed to completely remove the residue.

4) On the interior of the home, negative pressure should be established in the work areas through the use of HEPA-filtered negative air machine(s) vented from the impacted areas to the exterior of the residence.

5) Remove the burned materials and smoke residue from the visibly impacted areas in the interior and exterior of the home. In the subject residence, it is expected attic and basement insulation along rim joists removal will be required.

6) Vacuum floors and all semi-porous and porous surfaces with a HEPA-filtered vacuum, beginning with a prompt HEPA vacuuming of the attic followed by encapsulation with Recon. Follow vacuuming with cleaning of non-porous surfaces, using a detergent wash to wipe clean or wet mop hard surfaces throughout the residence from top to bottom. Extreme care should be taken to not damage high value finishings, artwork, and other contents. Start with the ceilings and walls and work your way down to the fixtures and cabinetry, then to the floor.

7) Certified IAQ recommends that the furnace and ducts in the home be cleaned by a qualified duct cleaning professional in conformance with NADCA and other applicable industry standards.

**8) During and following completion of cleaning activities in the home, Certified IAQ recommends temporary placement of HEPA-filtered air scrubbers and an activated carbon/charcoal filtration system in the work areas.**

**9) Certified IAQ then recommends a final finesse-cleaning throughout the home, including cleaning of the home's supply diffusers and return air grilles.**

**10) Certified IAQ recommends the use of Standard 52.5 Minimum Efficiency Reporting Value (MERV) rated 9-13 furnace air filters, to be changed during the remediation activities, at the completion of remediation activities, and at least once a month for the first year. Ash/soot on the outdoor ground may continue to generate odors and airborne particles when disturbed by air movement. Until the ash and soot are naturally absorbed by the environment, indoor air filtration may help minimize indoor air quality impacts from the outdoor pollutants.**

**11) If hydroxyl generators or thermal fogging machines are used to combat persistent odors, they should be utilized only after the above cleaning steps have been completed.**

**12) A post-remediation visual inspection and sampling assessment should be conducted to verify the effectiveness of the remediation activities.**

It is important to note, due to regular environmental dust accumulation, the concentrations of the combustion by-products and Char present in a certain area will diminish with time.

**Jeanine Humphrey**

**ACAC 2202009**

## References:

[1] World Health Organization – Dioxins and their effects on human health; https://www.who.int/news-room/fact-sheets/detail/dioxins-and-their-effects-on-human-health

[2] National Toxicology Program, Department of Health and Human Services – Report on Carcinogens, Fourteenth Edition – 2,3,7,8-Tetrachlorodibenzo-p-dioxin CAS No. 1746-01-6; https://ntp.niehs.nih.gov/ntp/roc/content/profiles/tetrachlorodibenzodioxin.pdf

[3] U.S. National Library of Medicine – National Institutes of Health; https://pubmed.ncbi.nlm.nih.gov/20083559/

[4] International Agency for Research on Cancer (IARC) of the World Health Organizations, United Nations, 1997. National Toxicology Program Board of Scientific Counselors of the National Institute of Environmental Health Sciences, 1997.

[5] United States General Accounting Office – Report to Congressional Requesters – April 2002 Environmental Health Risks Information on EPA's Draft Reassessment of Dioxins (page 30); https://www.gao.gov/new.items/d02515.pdf

[6] New Jersey Department of Health and Senior Services – Hazardous Substance Fact Sheet – 2,3,7,8-tetrachlorodibenzo-p-dioxin; https://nj.gov/health/eoh/rtkweb/documents/fs/1806.pdf

[7] Health Risks From Dioxin and Related Compounds – National Research Council. 2006. Health Risks from Dioxin and Related Compounds: Evaluation of the EPA Reassessment. Washington, DC: The National Academies Press; https://nap.nationalacademies.org/catalog/11688/health-risks-from-dioxin-and-related-compounds-evaluation-of-the

[8] The Aspen Institute; https://www.aspeninstitute.org/programs/agent-orange-in-vietnam-program/health-effects/

[9] U.S. National Library of Medicine – National Center for Biotechnology Information – 2,3,7,8-tetrachlorodibenzo-p-dioxin; https://pubchem.ncbi.nlm.nih.gov/compound/2_3_7_8-Tetrachlorodibenzo-P-dioxin#section=Recommended-Exposure-Limit-(REL)

[10] Toxicological Sciences, Volume 85, Issue 1, May 2005, Pages 560–571; https://academic.oup.com/toxsci/article/85/1/560/1674388

[11] The Red Guide to Recovery - Dioxins – The Most Hazardous Substance in Structure Fire Environments; https://theredguidetorecovery.com/dioxins-the-most-hazardous-substance-in-structure-fire-environments/

**Disclaimer:**

Please note that these results and interpretations are based upon the information gathered during this inspection. Changes in the conditions present at the time of testing including previous weather patterns, activities in the home, maintenance activities and the environmental atmosphere may result in data different from that which was collected.

There are no regulations pertaining to acceptable levels of char, soot, or ash contamination.
Diagnosis of a particular health effect should be left to a medical professional. Health effects in general are not well studied, and dosage, exposure, and sensitivity thresholds are not well known and can potentially vary tremendously depending on various conditions and on the particular individuals. Additionally, many ill effects of fire damage that have been observed recently are the result of modern building design and its lack of adequate ventilation, which can vary from room to room, let alone building to building.

Due to the potential for rapid change of smoke related substances, the inspector and the inspection company cannot be held responsible for a change occurring after the inspection is performed. It must be pointed out that the interpretation of smoke sampling is somewhat ambiguous because there is no legal standard that sets specific limits for indoor concentrations of char, soot, and ash. Excluded from this smoke inspection is any portion of the building, which is, inaccessible, concealed from view, or cannot be reported on due to circumstances beyond the control of the inspector.

It is generally acknowledged that the level of char, soot, or ash particulates in or on any structure will determine the extent of the hazard arising from such.

It is understood and agreed that the inspection is visual, and the report reflects the opinions of the inspector based on those visual observations and laboratory testing of the samples requested at the time of the inspection only. It is understood and agreed that the inspection and report are not intended or considered as a guarantee or warranty, expressed or implied, regarding the adequacy, performance or condition of any inspected structure, item or system.

It is understood and agreed that Certified IAQ Professionals does not make any representation as to the advisability or inadvisability of the purchase, nor intend to reflect the value of the property.

Certified IAQ assumes no liability and shall not be liable for any mistakes, omission, or errors of judgment beyond the cost of this report. This limitation of liability shall include and apply to all consequential damages, bodily injury, and property damage of any nature.

# APPENDIX A

# PICTURES



**A.1 Homes down the street from client's property deemed a total loss.**







**A.2 Soot/Ash/Char present on**

**Window sills and tracks**

**Throughout home.**

















**A.2 Soot/Ash/Char present on window sills and tracks throughout home.**









**A.3 Broken window in client's kitchen/dining room**





**A.4 Signs of "popping" of light fixtures**



# APPENDIX B

# LAB REPORTS

ENTHALPY ANALYTICAL

1941 Reymet Road ● Richmond, Virginia 23237 ● Tel: (804)-358-8295 Fax: (804)-358-8297

# Certificate of Analysis

***Final Report***

**Laboratory Order ID 22E0057**

| | | | |
|---|---|---|---|
| Client Name: | Enthalpy / Prism Mt Pleasant MI | Date Received: | May 2, 2022 10:27 |
| | 2625 Denison Dr. | Date Issued: | May 9, 2022 14:42 |
| | Mt Pleasant, MI 48858 | Project Number: | 100099 |
| Submitted To: | Rebekah Armentrout | Purchase Order: | |
| Client Site I.D.: | 122 Vista Ln | | |

Enclosed are the results of analyses for samples received by the laboratory on 05/02/2022 10:27. If you have any questions concerning this report, please feel free to contact the laboratory.

Sincerely,

Ted Soyars

Ted Soyars
Technical Director

**End Notes:**

The test results listed in this report relate only to the samples submitted to the laboratory and as received by the Laboratory.

Unless otherwise noted, the test results for solid materials are calculated on a wet weight basis. Analyses for pH, dissolved oxygen, temperature, residual chlorine and sulfite that are performed in the laboratory do not meet NELAC requirements due to extremely short holding times. These analyses should be performed in the field. The results of field analyses performed by the Sampler included in the Certificate of Analysis are done so at the client's request and are not included in the laboratory's fields of certification nor have they been audited for adherence to a reference method or procedure.

The signature on the final report certifies that these results conform to all applicable NELAC standards unless otherwise specified. For a complete list of the Laboratory's NELAC certified parameters please contact customer service.

This report shall not be reproduced except in full without the expressed and written approval of an authorized representative of Air Water & Soil Laboratories, Inc.

NELAP ACCREDITED TNI LABORATORY

TNI Accredited
VELAP ID 460021

ENTHALPY ANALYTICAL

1941 Reymet Road • Richmond, Virginia 23230 • Tel: (804)-358-8295 Fax: (804)-358-8297

# Certificate of Analysis

***Final Report***

| | | | |
|---|---|---|---|
| Client Name: | Enthalpy / Prism Mt Pleasant MI<br>2625 Denison Dr.<br><br>Mt Pleasant MI, 48858 | Date Issued: | May 09, 2022 14:42 |
| | | Project Number: | 100099 |
| | | Purchase Order: | |
| Submitted To: | Rebekah Armentrout | | |
| Client Site I.D.: | 122 Vista Ln | | |

## ANALYTICAL REPORT FOR SAMPLES

**Laboratory Order ID 22E0057**

| Sample ID | Laboratory ID | Matrix | Date Sampled | Date Received |
|---|---|---|---|---|
| HM1 Walls | 22E0057-01 | Wipe | 04/26/2022 00:00 | 05/02/2022 10:27 |

ENTHALPY ANALYTICAL

1941 Reymet Road • Richmond, Virginia 23230 • Tel: (804)-358-8295 Fax: (804)-358-8297

# Certificate of Analysis

*Final Report*

| | | | |
|---|---|---|---|
| Client Name: | Enthalpy / Prism Mt Pleasant MI<br>2625 Denison Dr.<br><br>Mt Pleasant MI, 48858 | Date Issued: | May 09, 2022 14:42 |
| | | Project Number: | 100099 |
| | | Purchase Order: | |
| Submitted To: | Rebekah Armentrout | | |
| Client Site I.D.: | 122 Vista Ln | | |

**Laboratory Order ID: 22E0057**

**Analytical Results**

**Sample I.D.** HM1 Walls **Laboratory Sample ID:** 22E0057-01

**Grab Date/Time:** 04/26/2022 00:00

**Field Residual Cl:** **Field pH:**

| Parameter | Samp ID | Method | Result | Qual | Reporting Limit | D.F. | Sample Prep Date/Time | Analysis Date/Time | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| **Metals (Total) by EPA 6000/7000 Series Methods** | | | | | | | | | |
| Silver | 01 | SW6010D | <0.500 ug/samp. | | 0.500 | 1 | 05/04/22 13:00 | 05/06/22 15:55 | ATW |
| Arsenic | 01 | SW6010D | <1.00 ug/samp. | | 1.00 | 1 | 05/04/22 13:00 | 05/06/22 15:55 | ATW |
| Cadmium | 01 | SW6010D | <0.200 ug/samp. | | 0.200 | 1 | 05/04/22 13:00 | 05/06/22 15:55 | ATW |
| **Cobalt** | 01 | SW6010D | **0.970 ug/samp.** | | 0.200 | 1 | 05/04/22 13:00 | 05/06/22 15:55 | ATW |
| **Chromium** | 01 | SW6010D | **4.18 ug/samp.** | | 0.500 | 1 | 05/04/22 13:00 | 05/06/22 15:55 | ATW |
| **Copper** | 01 | SW6010D | **8.89 ug/samp.** | | 2.50 | 1 | 05/04/22 13:00 | 05/06/22 15:55 | ATW |
| **Nickel** | 01 | SW6010D | **3.913 ug/samp.** | | 0.5000 | 1 | 05/04/22 13:00 | 05/06/22 15:55 | ATW |
| **Lead** | 01 | SW6010D | **2.84 ug/samp.** | | 0.500 | 1 | 05/04/22 13:00 | 05/06/22 15:55 | ATW |
| **Vanadium** | 01 | SW6010D | **3.47 ug/samp.** | | 0.500 | 1 | 05/04/22 13:00 | 05/06/22 15:55 | ATW |
| **Zinc** | 01 | SW6010D | **71.4 ug/samp.** | B | 0.500 | 1 | 05/04/22 13:00 | 05/06/22 15:55 | ATW |

## Analytical Summary

| Sample ID | Preparation Factors Initial / Final | Method | Batch ID | Sequence ID | Calibration ID |
|---|---|---|---|---|---|
| **Metals (Total) by EPA 6000/7000 Series Methods** | | **Preparation Method:** | **SW3050B-ICP** | | |
| 22E0057-01 | 1.00 Wipe / 50.0 mL | SW6010D | BFE0127 | SFE0241 | AE20037 |

ENTHALPY ANALYTICAL

1941 Reymet Road • Richmond, Virginia 23230 • Tel: (804)-358-8295 Fax: (804)-358-8297

# Certificate of Analysis

*Final Report*

| | | | |
|---|---|---|---|
| Client Name: | Enthalpy / Prism Mt Pleasant MI<br>2625 Denison Dr.<br><br>Mt Pleasant MI, 48858 | Date Issued: | May 09, 2022 14:42 |
| | | Project Number: | 100099 |
| | | Purchase Order: | |
| Submitted To: | Rebekah Armentrout | | |
| Client Site I.D.: | 122 Vista Ln | | |

## Metals (Total) by EPA 6000/7000 Series Methods - Quality Control

### Enthalpy Analytical

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch BFE0127 - SW3050B-ICP** | | | | | | | | | | |
| **Blank (BFE0127-BLK1)** | | | | Prepared: 05/04/2022 Analyzed: 05/06/2022 | | | | | | |
| Zinc | 38.6 ug/samp. | 0.500 | ug/samp. | | | | | | | B |
| Cadmium | <0.200 ug/samp. | 0.200 | ug/samp. | | | | | | | |
| Chromium | <0.500 ug/samp. | 0.500 | ug/samp. | | | | | | | |
| Cobalt | <0.200 ug/samp. | 0.200 | ug/samp. | | | | | | | |
| Copper | <2.50 ug/samp. | 2.50 | ug/samp. | | | | | | | |
| Lead | <0.500 ug/samp. | 0.500 | ug/samp. | | | | | | | |
| Nickel | <0.5000 ug/samp. | 0.5000 | ug/samp. | | | | | | | |
| Silver | <0.500 ug/samp. | 0.500 | ug/samp. | | | | | | | |
| Arsenic | <1.00 ug/samp. | 1.00 | ug/samp. | | | | | | | |
| Vanadium | <0.500 ug/samp. | 0.500 | ug/samp. | | | | | | | |
| **LCS (BFE0127-BS1)** | | | | Prepared: 05/04/2022 Analyzed: 05/06/2022 | | | | | | |
| Zinc | 136 ug/samp. | 0.500 | ug/samp. | 100 | ug/samp. | 136 | 80-120 | | | L |
| Cadmium | 102 ug/samp. | 0.200 | ug/samp. | 100 | ug/samp. | 102 | 80-120 | | | |
| Chromium | 105 ug/samp. | 0.500 | ug/samp. | 100 | ug/samp. | 105 | 80-120 | | | |
| Cobalt | 102 ug/samp. | 0.200 | ug/samp. | 100 | ug/samp. | 102 | 80-120 | | | |
| Copper | 103 ug/samp. | 2.50 | ug/samp. | 100 | ug/samp. | 103 | 80-120 | | | |
| Lead | 101 ug/samp. | 0.500 | ug/samp. | 100 | ug/samp. | 101 | 80-120 | | | |
| Nickel | 104.6 ug/samp. | 0.5000 | ug/samp. | 100 | ug/samp. | 105 | 80-120 | | | |
| Silver | 4.82 ug/samp. | 0.500 | ug/samp. | 5.00 | ug/samp. | 96.4 | 80-120 | | | |
| Vanadium | 105 ug/samp. | 0.500 | ug/samp. | 100 | ug/samp. | 105 | 80-120 | | | |
| Arsenic | 102 ug/samp. | 1.00 | ug/samp. | 100 | ug/samp. | 102 | 80-120 | | | |

ENTHALPY ANALYTICAL

1941 Reymet Road ● Richmond, Virginia 23230 ● Tel: (804)-358-8295 Fax: (804)-358-8297

# Certificate of Analysis

***Final Report***

| | | | |
|---|---|---|---|
| Client Name: | Enthalpy / Prism Mt Pleasant MI<br>2625 Denison Dr.<br><br>Mt Pleasant MI, 48858 | Date Issued: | May 09, 2022 14:42 |
| | | Project Number: | 100099 |
| | | Purchase Order: | |
| Submitted To: | Rebekah Armentrout | | |
| Client Site I.D.: | 122 Vista Ln | | |

## Certified Analyses included in this Report

| Analyte | Certifications |
|---|---|
| ***SW6010D in Wipe*** | |
| Cobalt | VELAP |
| Nickel | VELAP |

| Code | Description | Laboratory ID | Expires |
|---|---|---|---|
| MADEP | Massachusetts DEP | M-VA913 | 06/30/2022 |
| MdDOE | Maryland DE Drinking Water | 341 | 12/31/2022 |
| NC | North Carolina DENR | 495 | 07/31/2022 |
| NCDEQ | North Carolina DEQ | 495 | 12/31/2022 |
| NCDOH | North Carolina Department of Health | 51714 | 07/31/2022 |
| NJDEP | NELAP-New Jersey DEP | VA015 | 06/30/2022 |
| NYDOH | New York DOH Drinking Water | 12096 | 04/01/2023 |
| PADEP | NELAP-Pennsylvania Certificate #007 | 68-03503 | 10/31/2022 |
| VELAP | NELAP-Virginia Certificate #11739 | 460021 | 06/14/2022 |
| WVDEP | West Virginia DEP | 350 | 11/30/2022 |

ENTHALPY ANALYTICAL

1941 Reymet Road • Richmond, Virginia 23230 • Tel: (804)-358-8295 Fax: (804)-358-8297

# Certificate of Analysis

***Final Report***

| | | | |
|---|---|---|---|
| Client Name: | Enthalpy / Prism Mt Pleasant MI<br>2625 Denison Dr.<br><br>Mt Pleasant MI, 48858 | Date Issued: | May 09, 2022 14:42 |
| | | Project Number: | 100099 |
| | | Purchase Order: | |
| Submitted To: | Rebekah Armentrout | | |
| Client Site I.D.: | 122 Vista Ln | | |

## Summary of Data Qualifiers

| | |
|---|---|
| B | Blank contamination. The recorded result is associated with a contaminated blank. |
| L | LCS recovery is outside of established acceptance limits |
| RPD | Relative Percent Difference |
| Qual | Qualifers |
| -RE | Denotes sample was re-analyzed |
| D.F. | Dilution Factor. Please also see the Preparation Factor in the Analysis Summary section. |
| TIC | Tentatively Identified Compounds are compounds that are identified by comparing the analyte mass spectral pattern with the NIST spectral library. A TIC spectral match is reported when the pattern is at least 75% consistent with the published pattern. Compound concentrations are estimated and are calculated using an internal standard response factor of 1. |
| PCBs, Total | Total PCBs are defined as the sum of detected Aroclors 1016, 1221, 1232, 1248, 1254, 1260, 1262, and 1268. |

ENTHALPY ANALYTICAL
formerly *Air, Water & Soil Laboratories*

1941 REYMET ROAD
RICHMOND, VIRGINIA 23237
(804) 358-8295 PHONE
(804)358-8297 FAX

Chain of Custody
Effective: Nov 15, 2018

# CHAIN OF CUSTODY



| | | |
|---|---|---|
| COMPANY NAME: Certified IAQ Pros | INVOICE TO: Enthalpy Analytical - Mt Pleasant | PROJECT NAME/Quote #: Geoffrey Hart |
| CONTACT: Jeanine Humphrey | INVOICE CONTACT: Rebekah Armentrout | SITE NAME: 122 Vista Ln. |
| ADDRESS: | INVOICE ADDRESS: | PROJECT NUMBER: 100099 |
| PHONE #: | INVOICE PHONE #: 989-772-5088 | P.O. #: |
| FAX #: | EMAIL: mtpinfo@enthalpy.com | Pretreatment Program: |
| Is sample for compliance reporting? ☐ Yes ☑ No | Regulatory State: / Is sample from a chlorinated supply? ☐ Yes ☑ No | PWS I.D. #: |
| SAMPLER NAME (PRINT): | SAMPLER SIGNATURE: | Turn Around Time: 5 Day |

Matrix Codes: WW=Waste Water/Storm Water GW=Ground Water DW=Drinking Water S=Soil/Solids OR=Organic A=Air WP=Wipe OT=Other____________

| CLIENT SAMPLE I.D. | Grab | Composite | Field Filtered (Dissolved Metals) | Composite Start Date | Composite Start Time | Grab Date or Composite Stop Date | Grab Time or Composite Stop Time | Time Preserved | Matrix (See Codes) | Number of Containers | ANALYSIS / (PRESERVATIVE): Fire Metals * | | | | | | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | Preservative Codes: N=Nitric Acid C=Hydrochloric Acid S=Sulfuric Acid H=Sodium Hydroxide A=Ascorbic Acid Z=Zinc Acetate T=Sodium Thiosulfate M=Methanol |
| | | | | | | | | | | | | | | | | | | | PLEASE NOTE PRESERVATIVE(S), INTERFERENCE CHECKS or PUMP RATE (L/min) |
| 1) HM1 Walls | ✓ | | | | | 04/26/2022 | | | | | X | | | | | | | | *Arsenic, Cadmium, |
| 2) | | | | | | | | | | | | | | | | | | | Chromium, Cobalt, Copper |
| 3) | | | | | | | | | | | | | | | | | | | Lead, Nickel, Silver, Vanadium |
| 4) | | | | | | | | | | | | | | | | | | | Zinc |
| 5) | | | | | | | | | | | | | | | | | | | |
| 6) | | | | | | | | | | | | | | | | | | | 23.8°C |
| 7) | | | | | | | | | | | | | | | | | | | 771 noice |
| 8) | | | | | | | | | | | | | | | | | | | noseal |
| 9) | | | | | | | | | | | | | | | | | | | |
| 10) | | | | | | | | | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| RELINQUISHED: | DATE / TIME | RECEIVED: FedEx E | DATE / TIME | QC Data Package | LAB USE ONLY Therm ID: ______ COOLER TEMP ______°C |
| RELINQUISHED: FedEx E | DATE / TIME | RECEIVED: [signature] | DATE / TIME 5/2/22 1027 | Level III ☐ | Custody Seals used and intact? Yes Received on ice? Yes |
| RELINQUISHED: | DATE / TIME | RECEIVED: | DATE / TIME | Level IV ☐ | |

**Enthalpy/Prism 22E0057**
**Metal Panel**
**Recd: 05/02/2022 Due: 05/09/2022**

v181115.xls
v130325002

HART 000227

ENTHALPY ANALYTICAL

1941 Reymet Road ● Richmond, Virginia 23230 ● Tel: (804)-358-8295 Fax: (804)-358-8297

# Certificate of Analysis

***Final Report***

| | | | |
|---|---|---|---|
| Client Name: | Enthalpy / Prism Mt Pleasant MI<br>2625 Denison Dr.<br><br>Mt Pleasant MI, 48858 | Date Issued: | May 09, 2022 14:42 |
| | | Project Number: | 100099 |
| | | Purchase Order: | |
| Submitted To: | Rebekah Armentrout | | |
| Client Site I.D.: | 122 Vista Ln | | |

## Sample Conditions Checklist

| | |
|---|---|
| Samples Received at: | 23.80°C |
| How were samples received? | FedEx Express |
| Were Custody Seals used? If so, were they received intact? | No |
| Are the custody papers filled out completely and correctly? | No |
| Do all bottle labels agree with custody papers? | Yes |
| Is the temperature blank or representative sample within acceptable limits or received on ice, and recently taken? | Yes |
| Are all samples within holding time for requested laboratory tests? | Yes |
| Is a sufficient amount of sample provided to perform the tests included? | Yes |
| Are all samples in appropriate containers for the analyses requested? | Yes |
| Were volatile organic containers received? | No |
| Are all volatile organic and TOX containers free of headspace? | NA |
| Is a trip blank provided for each VOC sample set? VOC sample sets include EPA8011, EPA504, EPA8260, EPA624, EPA8015 GRO, EPA8021, EPA524, and RSK-175. | NA |
| Are all samples received appropriately preserved? Note that metals containers do not require field preservation but lab preservation may delay analysis. | Yes |

### Work Order Comments

Sample collection time defaulted to 00:00 per client request. SE 5/3/22 1121

ADVANCED CHEMICAL SENSORS
821 Waterway Place, Longwood, FL 32750
Phone: (561) 338-3116 · Fax: (561) 338-5737

Analysis by Accredited Laboratory

*Reviewed and Authorized by:* [signature]
*Matthew Hosler*
*Laboratory Director*

05/09/22

CERTIFIED IAQ
122 Vista Ln
Louisville CO 80027

## ORGANIC VAPOR ANALYSIS REPORT

| SAMPLE NO | DATE | NAME | EXPOSURE TIME (hr) | | CONCENTRATION (ppm) |
|---|---|---|---|---|---|
| 110735 | 04/26/22 To 4/27/22 | Basement | 12:34 –12:36 | = | 24.03 |

Badge No 110735

| Name | PPB | ug/m3 |
|---|---|---|
| Ethyl Alcohol | 128.98 | 242.49 |
| Acetone | 8.42 | 20.20 |
| Isopropyl Alcohol | 69.32 | 170.53 |
| | total | 433.22 |

**Note: 1 ppm=1,000 ppb**

Sample Condition: OK

For office and residential indoor air quality, there are no established limits for individual volatile organic vapors (VOCs) in the U.S. The U.S. Green Building Council recommends a maximum of 500 µg/m³ for total VOCs in LEED designated structures. U.S. OSHA specifies permissible exposure limits for individual chemicals in the

The minimum reporting limit for most chemicals is 30. ppb, based on this exposure period.

Some chemicals are detected and reported at lower levels. A list of chemicals tested is on the next page.



76463

The values reported are the average concentrations for the monitoring period used, based on the information provided by the user.
Analysis results for unexposed samples ("Blanks"), used for quality assurance testing, are not subtracted from the sample results reported.

ADVANCED CHEMICAL SENSORS
821 Waterway Place, Longwood, FL 32750
Phone: (561) 338-3116 · Fax: (561) 338-5737

Analysis by Accredited Laboratory

*Reviewed and Authorized*
*by:*
*Matthew Hosler*
*Laboratory Director*

05/09/22

CERTIFIED IAQ
122 Vista Ln
Louisville CO 80027

Acetone
Acetonitrile
Acrylonitrile
Allyl Chloride
Benzene
Benzene, 1-Chloro-4 (Trifluoromethyl)
Benzyl Chloride
1,3-Butadiene
Butane
2- Butanone ( MEK)
2-Butoxyethylacetate
Butyl Acetate
Butyl Cellosolve
1-Butyl Alcohol
2-Butyl Alcohol
Carbon Tetrachloride
Cellosolve
Chlorobenzene
Chloroform
Cyclohexane
Cyclohexene
Cyclohexanol
Cyclohexanone
Dibromochloromethane
1,4-Dichlorobenzene
1,2 Dichloroethane
1,2-Dichloropropane
Dimethyl Sulfoxide
Dioxane
Ethyl Acetate
Ethyl Alcohol
Ethyl Benzene
2-Ethyl-1-Hexanol
Ethyl Ether
2-Ethylhexyl Acetate
Ethyl Methacrylate
4-Ethyltoluene
Heptane
2-Heptanone
Hexane
Hexane Isomers
1-Hexanol
Hexone (MIBK)
Isobutane
Isopropyl Alcohol
Isooctane
d-Limonene
Methyl Acetate
Methyl Acrylate
2-Methyl Butane
2-Methyl Pentane
3-Methyl Hexane
Methyl Chloroform
5-Methyl-2-Hexanone
Methyl Methacrylate
Methyl-t- butyl Ether
Methyl Styrene
Methylene Chloride
Pentane
Pentyl Acetate
2-Pentanone
Perchloroethylene
n-Propyl Acetate
Propylene Glycol Methyl Ether Acetate
Propyl Benzene
n-Propyl Bromide
Propylene Oxide
Pyridine
Styrene
Tetrahydrofuran
Toluene
1,1,1-Trichloroethane
Trichloroethylene
1,2,4-Trimethylbenzene
Vinyl Acetate
Vinylidene Chloride
Xylene

Date Received: 05/02/22
Date Analyzed: 05/05/22

Method of Analysis: EPA TO-15 (Supplemented by OSHA and NIOSH methods)



76463

The values reported are the average concentrations for the monitoring period used, based on the information provided by the user.
Analysis results for unexposed samples ("Blanks"), used for quality assurance testing, are not subtracted from the sample results reported.

ADVANCED CHEMICAL SENSORS
821 Waterway Place, Longwood, FL 32750
Phone: (561) 338-3116 · Fax: (561) 338-5737

Analysis by Accredited Laboratory

*Reviewed and Authorized by:* [signature]
*Matthew Hosler*
*Laboratory Director*

05/09/22

CERTIFIED IAQ
122 Vista Ln
Louisville CO 80027

## ORGANIC VAPOR ANALYSIS REPORT

| SAMPLE NO | DATE | NAME | EXPOSURE TIME (hr) | | CONCENTRATION (ppm) |
|---|---|---|---|---|---|
| 110737 | 04/26/22 To 4/27/22 | Main Floor | 12:33 −12:37 | = | 24.07 |

Badge No 110737

| Name | PPB | ug/m3 |
|---|---|---|
| Ethyl Alcohol | 150.55 | 283.04 |
| Acetone | 9.43 | 22.62 |
| Isopropyl Alcohol | 58.73 | 144.48 |
| Toluene | 3.04 | 11.42 |
| | total | 461.56 |

**Note: 1 ppm=1,000 ppb**

Sample Condition: OK

For office and residential indoor air quality, there are no established limits for individual volatile organic vapors (VOCs) in the U.S. The U.S. Green Building Council recommends a maximum of 500 µg/m³ for total VOCs in LEED designated structures. U.S. OSHA specifies permissible exposure limits for individual chemicals in the

The minimum reporting limit for most chemicals is 30. ppb, based on this exposure period.

Some chemicals are detected and reported at lower levels. A list of chemicals tested is on the next page.



76462

The values reported are the average concentrations for the monitoring period used, based on the information provided by the user.
Analysis results for unexposed samples ("Blanks"), used for quality assurance testing, are not subtracted from the sample results reported.

ADVANCED CHEMICAL SENSORS
821 Waterway Place, Longwood, FL 32750
Phone: (561) 338-3116 • Fax: (561) 338-5737

Analysis by Accredited Laboratory

*Reviewed and Authorized*
*by:* [signature]
*Matthew Hosler*
*Laboratory Director*

05/09/22

CERTIFIED IAQ
122 Vista Ln
Louisville CO 80027

Acetone
Acetonitrile
Acrylonitrile
Allyl Chloride
Benzene
Benzene, 1-Chloro-4 (Trifluoromethyl)
Benzyl Chloride
1,3-Butadiene
Butane
2- Butanone ( MEK)
2-Butoxyethylacetate
Butyl Acetate
Butyl Cellosolve
1-Butyl Alcohol
2-Butyl Alcohol
Carbon Tetrachloride
Cellosolve
Chlorobenzene
Chloroform
Cyclohexane
Cyclohexene
Cyclohexanol
Cyclohexanone
Dibromochloromethane
1,4-Dichlorobenzene
1,2 Dichloroethane
1,2-Dichloropropane
Dimethyl Sulfoxide
Dioxane
Ethyl Acetate
Ethyl Alcohol
Ethyl Benzene
2-Ethyl-1-Hexanol
Ethyl Ether
2-Ethylhexyl Acetate
Ethyl Methacrylate
4-Ethyltoluene
Heptane
2-Heptanone
Hexane
Hexane Isomers
1-Hexanol
Hexone (MIBK)
Isobutane
Isopropyl Alcohol
Isooctane
d-Limonene
Methyl Acetate
Methyl Acrylate
2-Methyl Butane
2-Methyl Pentane
3-Methyl Hexane
Methyl Chloroform
5-Methyl-2-Hexanone
Methyl Methacrylate
Methyl-t- butyl Ether
Methyl Styrene
Methylene Chloride
Pentane
Pentyl Acetate
2-Pentanone
Perchloroethylene
n-Propyl Acetate
Propylene Glycol Methyl Ether Acetate
Propyl Benzene
n-Propyl Bromide
Propylene Oxide
Pyridine
Styrene
Tetrahydrofuran
Toluene
1,1,1-Trichloroethane
Trichloroethylene
1,2,4-Trimethylbenzene
Vinyl Acetate
Vinylidene Chloride
Xylene

Date Received: 05/02/22
Date Analyzed: 05/05/22

Method of Analysis: EPA TO-15 (Supplemented by OSHA and NIOSH methods)



76462

The values reported are the average concentrations for the monitoring period used, based on the information provided by the user.
Analysis results for unexposed samples ("Blanks"), used for quality assurance testing, are not subtracted from the sample results reported.

ADVANCED CHEMICAL SENSORS
821 Waterway Place, Longwood, FL 32750
Phone: (561) 338-3116 • Fax: (561) 338-5737

Analysis by Accredited Laboratory

*Reviewed and Authorized by:* [signature]
*Matthew Hosler*
*Laboratory Director*

05/09/22

CERTIFIED IAQ
122 Vista Ln
Louisville CO 80027

## ORGANIC VAPOR ANALYSIS REPORT

| SAMPLE NO | DATE | NAME | EXPOSURE TIME (hr) | | CONCENTRATION (ppm) |
|---|---|---|---|---|---|
| 110736 | 04/26/22 To 4/27/22 | Upstairs | 12:35 – 12:35 | = | 24.00 |

Badge No 110736

| Name | PPB | ug/m3 |
|---|---|---|
| Ethyl Alcohol | 125.48 | 235.90 |
| Acetone | 10.01 | 24.02 |
| Isopropyl Alcohol | 80.56 | 198.18 |
| Toluene | 2.43 | 9.12 |
| | total | 467.22 |

**Note: 1 ppm=1,000 ppb**

Sample Condition: OK

For office and residential indoor air quality, there are no established limits for individual volatile organic vapors (VOCs) in the U.S. The U.S. Green Building Council recommends a maximum of 500 μg/m³ for total VOCs in LEED designated structures. U.S. OSHA specifies permissible exposure limits for individual chemicals in the

The minimum reporting limit for most chemicals is 30. ppb, based on this exposure period.

Some chemicals are detected and reported at lower levels. A list of chemicals tested is on the next page.



76464

The values reported are the average concentrations for the monitoring period used, based on the information provided by the user.
Analysis results for unexposed samples ("Blanks"), used for quality assurance testing, are not subtracted from the sample results reported.

ADVANCED CHEMICAL SENSORS
821 Waterway Place, Longwood, FL 32750
Phone: (561) 338-3116 • Fax: (561) 338-5737

Analysis by Accredited Laboratory

*Reviewed and Authorized by:* ________
*Matthew Hosler*
*Laboratory Director*

05/09/22

CERTIFIED IAQ
122 Vista Ln
Louisville CO 80027

Acetone
Acetonitrile
Acrylonitrile
Allyl Chloride
Benzene
Benzene, 1-Chloro-4 (Trifluoromethyl)
Benzyl Chloride
1,3-Butadiene
Butane
2- Butanone ( MEK)
2-Butoxyethylacetate
Butyl Acetate
Butyl Cellosolve
1-Butyl Alcohol
2-Butyl Alcohol
Carbon Tetrachloride
Cellosolve
Chlorobenzene
Chloroform
Cyclohexane
Cyclohexene
Cyclohexanol
Cyclohexanone
Dibromochloromethane
1,4-Dichlorobenzene
1,2 Dichloroethane
1,2-Dichloropropane
Dimethyl Sulfoxide
Dioxane
Ethyl Acetate
Ethyl Alcohol
Ethyl Benzene
2-Ethyl-1-Hexanol
Ethyl Ether
2-Ethylhexyl Acetate
Ethyl Methacrylate
4-Ethyltoluene
Heptane
2-Heptanone
Hexane
Hexane Isomers
1-Hexanol
Hexone (MIBK)
Isobutane
Isopropyl Alcohol
Isooctane
d-Limonene
Methyl Acetate
Methyl Acrylate
2-Methyl Butane
2-Methyl Pentane
3-Methyl Hexane
Methyl Chloroform
5-Methyl-2-Hexanone
Methyl Methacrylate
Methyl-t- butyl Ether
Methyl Styrene
Methylene Chloride
Pentane
Pentyl Acetate
2-Pentanone
Perchloroethylene
n-Propyl Acetate
Propylene Glycol Methyl Ether Acetate
Propyl Benzene
n-Propyl Bromide
Propylene Oxide
Pyridine
Styrene
Tetrahydrofuran
Toluene
1,1,1-Trichloroethane
Trichloroethylene
1,2,4-Trimethylbenzene
Vinyl Acetate
Vinylidene Chloride
Xylene

Date Received: 05/02/22
Date Analyzed: 05/05/22

Method of Analysis: EPA TO-15 (Supplemented by OSHA and NIOSH methods)



76464

The values reported are the average concentrations for the monitoring period used, based on the information provided by the user.
Analysis results for unexposed samples ("Blanks"), used for quality assurance testing, are not subtracted from the sample results reported.

ENTHALPY ANALYTICAL

Client: **Prism Analytical Technologies**
Mt. Pleasant, MI
ClientNo. 100099

**Certificate No.:** 001-189243
**Sample Type:** Solid
**Extracted Dry Wt (g):** 3.07

**Sample ID:** 0422-886-001-1
**Date Extracted:** 29-Apr-2022
**Date Received:** 29-Apr-2022
**Date Analyzed:** 05-May-2022

**Client Sample ID:** V1 carpet/Soft
**Matrix:** Solid
**Specimen Type:** other
**Report Date:** 27-May-2022

Tests Performed: Comprehensive & Stable Isotope-Dilution Gas Chromatography-Mass Spectrometry

Analysis of diagnositc polychlorinated dibenzo-p-dioxin and polychlorinated dibenzofurans, and homologs in accordance with approved EPA Modified Method 8290.

## Analytical Report

| Diagnotic Ratios | Ratio | Expected Range |
|---|---|---|
| 1,3,6,8 TCDD : Total TCDD | 0.553 | 0.1-0.5 |
| 1,2,3,4,6,8 HxCDD : Total HxCDD | 0.437 | 0.4-0.8 |
| 1,3,4,9 TCDF : 2,3,7,8 TCDF | n/a | 0.5-2 |
| 1,2,6,7 TCDF : 2,3,7,8 TCDF | n/a | 0.5-2 |
| 2,3,4,6/1,2,4,9 TCDF : 2,3,7,8 TCDF | n/a | 0.5-2 |
| 2,3,4,7/1,2,7,9 TCDF : 2,3,7,8 TCDF | n/a | 0.5-2 |
| 2,3,4,8 TCDF : 2,3,7,8 TCDF | n/a | 0.5-2 |
| 1,2,4,6,7,8/1,3,4,6,7,8 HxCDF : Total HxCDF | 0.693 | 0.15-0.35 |

| Totals | Amount Found (pg/g) |
|---|---|
| Total tetrachlorodibenzo-p-dioxins | 8.01 |
| Total pentachlorodibenzo-p-dioxins | 1.24 |
| Total hexachlorodibenzo-p-dioxins | 5.63 |
| Total heptachlorodibenzo-p-dioxins | 12.4 |
| Total octochlorodibenzo-p-dioxins | 55.4 |
| Total tetrachlorodibenzofurans | 6.17 |
| Total pentachlorodibenzofurans | ND |
| Total hexachlorodibenzofurans | 2.2 |
| Total heptachlorodibenzofurans | 4.32 |
| Total octochlorodibenzofurans | 5.3 |

| | TEQ (pg/g) |
|---|---|
| ITEQ (ND=0; EMPC=0) | 0.148 |
| ITEQ (ND=1/2EDL;EMPC=1/2EDL) | 0.665 |
| ITEQ (ND=EDL EMPC=EDL) | 1.18 |
| ITEQ (ND=0; EMPC=EMPC) | 0.192 |
| ITEQ (ND=1/2EDL; EMPC=EMPC) | 0.692 |
| ITEQ (ND=EDL; EMPC=EMPC) | 1.19 |
| WTEQ (ND=0; EMPC=0) | 0.105 |
| WTEQ (ND=1/2EDL;EMPC=1/2EDL) | 0.679 |
| WTEQ (ND=EDL EMPC=EDL) | 1.25 |
| WTEQ (ND=0; EMPC=EMPC) | 0.149 |
| WTEQ (ND=1/2EDL; EMPC=EMPC) | 0.706 |
| WTEQ (ND=EDL; EMPC=EMPC) | 1.26 |

**Assessment:** There is insufficient information for a definitive determination that the dioxin/furan content of this sample originates from a combustion source.

Approved by:

Laura Boivin

QA Review Performed by: Laura K. Boivin

Name: Laura Boivin
Title: Quality Assurance Associate II

Certificate needs to be considered in conjunction with the full analytical report prepared under 0422-886

# APPENDIX C

# CERTIFICATION

ACAC

# American Council for Accredited Certification

hereby certifies that

## Jeanine Humphrey

has met all the specific standards and qualifications of the certification process

and is hereby certified as a

# CFSAT

## Council-certified Fire and Smoke Damage Assistant Technician

This certificate expires on February 29, 2024.

Charles F. Wiles, Executive Director

2202009

Certificate Number

This certificate remains the property of the American Council for Accredited Certification.