Gmail

Stephen H. Hennessy <shennessy@hennessypllc.com>

# Claim No. 06-28Z0-27L - Litigation Notice

1 message

**Stephen H. Hennessy** <shennessy@hennessypllc.com> Fri, Sep 30, 2022 at 12:25 PM
To: statefarmfireclaims@statefarm.com

My Clients & Your Insureds: Jennifer and Geoffrey Hart
Claim Number: 06-28Z0-27L
Policy Number: 06-EN-E071-0
Date of Loss: December 30, 2021
Property Location: 122 Vista Lane, Louisville, CO 80027

To whom it may concern,

Please see the attached Litigation Notice.

With respect,

**Stephen H. Hennessy, Esq.**

**Hennessy PLLC**
4450 Arapahoe Ave. Ste. 100
Boulder, CO 80303
(303) 630-9169
shennessy@hennessypllc.com

This message and any attachments are intended only for the use of the person to which they are addressed. If you are not the intended recipient, dissemination, distribution, or copying is prohibited. Scheduling or attending a free consultation with, or otherwise providing information to Hennessy PLLC does not create or imply an attorney-client relationship. All client engagements are confirmed in writing.

**2022.09.30 Litigation Notice.pdf**
157K

**HENNESSY PLLC**
**STEPHEN H. HENNESSY, ESQ.**

4450 Arapahoe Ave. Ste. 100
Boulder, CO 80303
(303) 630-9169
shennessy@hennessypllc.com

September 30, 2022

**VIA EMAIL (STATEFARMFIRECLAIMS@STATEFARM.COM)**

State Farm Claims
PO Box 106169
Atlanta, GA 30348-6169

**RE: LITIGATION NOTICE**

My Clients & Your Insureds: Jennifer and Geoffrey Hart
Claim Number: 06-28Z0-27L
Policy Number: 06-EN-E071-0
Date of Loss: December 30, 2021
Property Location: 122 Vista Lane, Louisville, CO 80027

To whom it may concern:

I represent Jennifer Dawn Hart and Geoffrey Sebastian Hart. The Harts have filed a civil action against State Farm Fire and Casualty Company in the United States District Court for the District of Colorado.

Please forward this correspondence to your legal counsel. All documents, communications, and electronically stored information must be preserved. All further communications concerning this matter should be addressed to my office.

With respect,

Stephen H. Hennessy, Esq.