**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-02554-WJM-SKC

JENNIFER DAWN HART and GEOFFREY SEBASTIAN HART,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

---

**PLAINTIFFS' EXPEDITED RESPONSE TO**
**DEFENDANT'S REQUEST FOR INSPECTION PURSUANT TO FED. R. CIV. P. 34**

---

Plaintiffs Jennifer Dawn Hart and Geoffrey Sebastian Hart, through their counsel, respectfully respond to Defendant's Request for Inspection Pursuant to Fed. R. Civ. P. 34. The Harts will make their Home available for an inspection by Defendant's expert on **Thursday, April 6, 2023 at 9:00 AM**, subject to the limitations set forth under Fed. R. Civ. P. 26(b)(1).

Respectfully submitted April 4, 2023.

HENNESSY PLLC

*/s/ Stephen H. Hennessy*
Stephen H. Hennessy, Esq.
4450 Arapahoe Ave. Ste. 100
Boulder, CO 80303
(303) 630-9169
shennessy@hennessypllc.com

*Counsel for Plaintiffs Jennifer Dawn Hart and Geoffrey Sebastian Hart*

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2023, I caused the foregoing to be emailed to Counsel for Defendant at: karen@wheeler5280.com; jami@wheeler5280.com; sean@wheeler5280.com; chally@wheeler5280.com; stephanie@wheeler5280.com.

HENNESSY PLLC

*/s/ Stephen H. Hennessy*
Stephen H. Hennessy, Esq.