Inspection Results:
Met with PH Geoffrey and Jennifer Hart also Chris of Puroclean
Date/Time: 1/13/22 / 12PM
I, Truong Nguyen, verify the photos were taken and uploaded by me on 1/13/2022
Coverage A - Heavy ash and soot found on all levels of home on majority of window sill and flooring. Heavy debris in garage with large amount of contents as well. High winds caused built foundation of grill pit to lose a tile. Overhang window has warped framing and 2 side of cracked glass paneling.
Accuweather: Sustained wind speed greater than 50mph
Dwelling: Damage to rear elevation overhang window and single tile on foundation of grill pit. Entire exterior needs to be cleaned.
Interior: Hardwood floor on main level expanded and contracted due to heat causing heavy ash to become entrapped in the cracks. Heavy ash and soot found throughout home. Heater had been on to keep pipes from freezing so ducts and vents compromised. Fire 2 houses down with 100+ mph gusts. Insulation in attic compromised as well.
Other Structures: N/A
Coverage B - CC list sent to GEOFFREY.S.HART@GMAIL.COM. Pending NI f/u
Coverage C - f/u of NI
Roof Scope Sheet/Exterior Scope Sheet Uploaded
Option OL - Building Ordinance or Law: Building Code Jurisdictional Table utilized, code reviewed, coverage applies.
Labor Minimums: N/A
GCO&P: Yes
Depreciation: N/A
Priors: Prior Related Losses/ISO Details: No Related Prior
Subragation: N/A
Salvage: N/A
Call to AO:

01-05-2022 - 5:45 PM MST **Performer:** **Office:**
**File Note:**
**Participant:** **COL / Line (Participant):**
**Category:** Pending **Sub Category:**
Pending inspection 1/13/22 @ 12pm

01-05-2022 - 5:45 PM MST **Performer:** **Office:**
**File Note:**
**Participant:** GEOFFREY HART **COL / Line (Participant):**
**Category:** Contact **Sub Category:**



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only