**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02554 -WJM-SKC

JENNIFER DAWN HART AND GEOFFREY SABASTIAN HART

Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY

Defendant.

---

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S REBUTTAL Fed.R.Civ.P. 26(a)(2) EXPERT DISCLOSURE**

---

Defendant State Farm Fire and Casualty Company ("State Farm"), by and through its attorneys, Karen H. Wheeler, Jami A. Maul, and Sean T. Carlson of Wheeler Law, Professional Corporation, hereby submits its rebuttal expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2):

## I. RETAINED EXPERT WITNESSES

Pursuant to Fed. R. Civ. P. 26(a)(2), Defendant State Farm may call the following specially retained individuals to provide expert testimony at trial in accordance with F.R.E. 702, 703 and/or 705:

**A. Brian Daly, CIH, PE**, Hygiene Technologies International, Inc., 46 Peninsula Center Drive, Suite E 349, Rolling Hills Estates, California 90274, (310) 370-8370.

Brian Daly, CIH, PE, is an industrial hygienist, safety engineer, and environmental health expert. Mr. Daly's qualifications are further set forth in his curriculum vitae, a copy of which is attached hereto as **Exhibit A**.

Mr. Daly is expected to testify in accordance with the analysis contained within his report, dated April 18, 2023, a copy of which is attached hereto as **Exhibit B** and any deposition testimony given in the matter.

Mr. Daly's opinions may be supplemented if he has the opportunity to review additional materials. Any such information may be used at trial as an exhibit in support of Mr. Daly's opinions. Mr. Daly's rate of compensation is set forth in the fee schedule, attached as **Exhibit C** and his list of testimonial experience are attached hereto as **Exhibit D**.

B. **Kevin Vanderbrook, PE**, Veco Consulting, LLC, 71 Iris Drive, Covington, Louisiana 70433, (985) 898-3515.

Kevin Vanderbrook, PE is principal engineer specializing in failure analysis, structural evaluations, and cause and origin inspections. Mr. Vanderbrook's qualifications are further set forth in his curriculum vitae, a copy of which is attached hereto as **Exhibit E**.

Mr. Vanderbrook is expected to testify in accordance with the analysis contained within his report dated March 27, 2023, a copy of which is attached hereto as **Exhibit F** and any deposition testimony given in the matter.

Mr. Vanderbrook opinions may be supplemented if he has the opportunity to review additional materials. Any such information may be used at trial as an exhibit in support of Mr. Vanderbrook's opinions. Mr. Vanderbrook's rate of compensation is set forth in the fee schedule, attached as **Exhibit G** and his list of testimonial experience are attached hereto as **Exhibit H**.

C. **John Craver, Esq.**, White and Steele, P.C., 600 17th Street, Suite 600N, Denver, Colorado, 80202, (303) 296-2828.

John Craver, Esq. is an attorney and expert in insurance industry standards. Mr. Craver's curriculum vitae, list of testimonial experience, and fee schedule are attached hereto as **Exhibit I**.

Mr. Craver is expected to testify in accordance with the analysis contained within his report dated April 20, 2023, a copy of which is attached hereto as **Exhibit J** and any deposition testimony given in the matter.

Mr. Craver's opinions may be supplemented if he has the opportunity to review additional materials. Any such information may be used at trial as an exhibit in support of Mr. Craver's opinions.

**D. Kevin McAlister**, Higgins & Associates Forensic Engineering, 10822 West Toller Drive, Suite 340, Littleton, Colorado 80127, (303) 972-4300.

Kevin McAlister is a cost estimate, construction analysis, means and methods analysis, and liability basis expert. Mr. McAlister's curriculum vitae and list of testimonial experience are attached hereto as **Exhibit K**.

Mr. McAlister is expected to testify in accordance with the analysis contained within his report, dated April 20, 2023, a copy of which is attached hereto as **Exhibit L** and any deposition testimony given in the matter.

Mr. McAlister's opinions may be supplemented if he has the opportunity to review additional materials. Any such information may be used at trial as an exhibit in support of Mr. McAlister's opinions. Mr. McAlister's rate of compensation is set forth in the fee schedule, attached as **Exhibit M**.

Defendant State Farm reserves the right to call any experts designated or disclosed by Plaintiff and/or to elicit testimony on cross-examination related to any work performed in connection with the Harts' insurance claim and/or subsequent litigation.

Defendant State Farm reserves the right to supplement its disclosure with additional opinions from the retained experts listed above based upon any deposition testimony and/or the production of additional documents.

Defendant State Farm also reserves the right to call any witness necessary for purposes of authenticating business records or rebutting any evidence presented by Plaintiff.

Dated this 20th day of April 2023.

Respectfully submitted,

s/ *Sean Carlson*

Sean Carlson
Wheeler Law, P.C.
5690 DTC Boulevard, Suite 240E
Greenwood Village, Colorado 80111
Telephone: (303) 221-4787
Office@wheeler5280.com

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02554 -WJM-SKC

JENNIFER DAWN HART AND GEOFFREY SABASTIAN HART

Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY

Defendant.

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on April 20, 2023, I electronically filed the foregoing **DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S REBUTTAL Fed.R.Civ.P. 26(a)(2) EXPERT DISCLOSURE** with the Clerk of Court for filing and uploading to the CM/ECF system and served by e-mail to the following:

Hennessy PLLC
Stephen H. Hennessy, Esq.
4450 Arapahoe Ave., Ste. 100
Boulder, CO 80303
Phone: (303) 630-9169
Email: shennessy@hennessypllc.com

Attorney for Plaintiffs

s/ *Allison Ginn*